# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 12-027 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| RICHARD SCOTT SPADY (1), | |
| and | |
| MICHELE DENISE SENGSTOCK (2), | |
| Defendants. | |

_____

Robert Lewis**,** Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

William Mauzy and Casey Rundquist, **LAW OFFICES OF WILLIAM J. MAUZY,** 510 First Avenue North, Suite 610, Minneapolis, MN 55403, for Defendant Spady.

Glenn Bruder, **MITCHELL BRUDER & JOHNSON**, 5001 American Boulevard West, Suite 670, Bloomington, MN 55437, for Defendant Sengstock.

This matter is before the undersigned on the Report and Recommendation of the United States Magistrate Judge Jeanne J. Graham dated March 9, 2012 [Docket No. 52]. No objections have been filed to that report and recommendation in the time period permitted.

Based on the report and recommendation of the Magistrate Judge, and being advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**

that Defendant Michele Denise Sengstock's Motion to Suppress Statements, Admissions, and Answers [Docket No. 30] is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: March 28, 2012
at Minneapolis, Minnesota.
                                                   s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                           United States District Judge